UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERTO DEJESUS LANDAVERDE, *Individually and on Behalf of All Others Similarly Situated*, <br><br> Plaintiff, <br><br> -against- <br><br> FRANK MARANDO LANDSCAPE, INC., *doing business as* Marando Landscaping, MARANDO GROUP, LTD., *doing business as* Marando Landscaping, FRANK MARANDO, and JOSEPH MARANDO, <br><br> Defendants. | USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #:_____ <br> DATE FILED: 3/6/2023 <br><br><br> 22-cv-7585 (MKV) <br><br> <u>ORDER OF DISMISSAL</u> |

MARY KAY VYSKOCIL, United States District Judge:

      The Court is in receipt of a letter from the defendants stating that the parties have reached a settlement in principle [ECF No. 23]. Accordingly, IT IS HEREBY ORDERED that the above-captioned case is discontinued without costs to any party and without prejudice to restoring the case to this Court's calendar if the application to restore is made by April 10, 2023. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004). All other dates and deadlines are adjourned *sine die*.

**SO ORDERED.**

_/s/ Mary Kay Vyskocil_

**Date: March 6, 2023**    **MARY KAY VYSKOCIL**
**New York, NY**             **United States District Judge**